**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2317**

KUKIA R. FARRISH,

                Plaintiff - Appellant,

      v.

NAVY FEDERAL CREDIT UNION,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:16-cv-01429-DKC)

Submitted: February 15, 2018              Decided: February 16, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kukia R. Farrish, Appellant Pro Se. Edward Lee Isler, Micah Ephram Ticatch, ISLER DARE, PC, Vienna, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kukia R. Farrish appeals the district court's orders dismissing with prejudice her civil complaint and denying her motions for reconsideration and to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Farrish v. Navy Fed. Credit Union*, No. 8:16-cv-01429-DKC (D. Md. Oct. 5, 2017; Oct. 11, 2017; Nov. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*